**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     Thomas Ostrowski ) | |
| ) | Case No. 22-20265-kl |
| ) | Chapter 13 |
|     Debtor ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND MODIFICATION**

The Motion For Relief From Stay filed by Debtor, Thomas Ostrowski (hereinafter referred to as "Debtor"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and no objections having been filed thereto, now finds sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion For Relief From Stay filed by Debtor, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the automatic stay is modified as it relates to the pending decision before the Seventh Circuit Court of Appeals, under case number 21-2580 is hereby lifted. Debtor is granted relief from stay to go forward with the litigation and the stay is modified as to Lake County, Indiana, as Appellees, to respond accordingly.

Dated:_____       _____
                                                  JUDGE, UNITED STATES BANKRUPTCY COURT

DISTRIBUTION:
Nancy J. Gargula
Paul R. Chael
Gordon E. Gouveia